PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

**Petition for Warrant for Offender Under Supervision**

**Name of Offender:** Juan Sepulveda **Case Number:** 1:95-CR-025-01

**Name of Sentencing Judicial Officer:** Honorable Raymond Pettine

**Assigned Judicial Officer:** Honorable Ronald R. Lagueux

**Date of Original Sentence:** 10/27/1995

**Original Offense:** Count 2 (R1): Distribution and Possession with Intent to Distribute Cocaine Base; Count 5 (R2)-6(R3): Distribution of a Mixture Containing Cocaine Base; Count 8(R4): Possession of a Firearm During and in Relation to a Drug Trafficking Crime, Count 9(R5): Possession of an Unregistered Firearm; Counts 8(R4) & 9(R5): Aiding & Abetting.

**Original Sentence:** Count 2 (R1): Seventy month imprisonment; Count 5(R2), 6(R3), & 9(R5): Seventy months concurrent with Count 2; Count 8(R4): 120 months imprisonment consecutive to Counts 2,5,6, &9.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 02/03/2003

**Assistant U.S. Attorney:** Stephanie S. Browne, Esq. **Defense Attorney:** William T. Murphy, Esq.

---

**PETITIONING THE COURT**

☒ To issue a **Warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| **Standard Condition** | **"The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**<br>On March 24, 2006, the defendant reported to the probation department and was instructed to return the probation department on March 31, 2006. He failed to report as instructed on March 31, 2006, or any day thereafter. |

| | |
|---|---|
| **Condition # 7** | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."**<br><br>As reported to the Court on 12/29/2004, on or about the following dates, the defendant possessed and used the following unlawful substances as evidenced by positive urinalysis test results: 03/12/2004-Marihuana, 11/01/2004-Cocaine and Codeine, 11/18/2004-Marihuana, 11/23/2004-Cocaine and Marihuana, 11/30/2004-Cocaine and Marihuana. |
| **Condition # 7** | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."**<br><br>As reported to the Court on 06/08/2005, on or about the following dates, the defendant possessed and used Marihuana as evidenced by positive urinalysis test results: 12/08/2004, 02/03/2005, 02/17/2005, 02/22/2005, and 02/24/2005. |
| **Condition # 7** | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."**<br><br>On or about the following dates, the defendant possessed and used Cocaine as evidenced by positive urinalysis test results: 09/20/2005, 09/27/2005, 11/29/2005, and 01/26/2006. |
| **Special Condition** | **"The defendant is to participate in a drug treatment program as directed by the Probation Department."**<br><br>Since March 6, 2006, the defendant has failed to participate in substance abuse treatment as directed by his probation officer. |

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant so that the defendant can appear and answer to the alleged violations.

| Reviewed and Approved by: | I declare under the penalty of perjury that the foregoing is true and correct: |
|---|---|
| Barry J. Weiner<br>Chief U.S. Probation Officer | Brian Pletcher<br>Senior U.S. Probation Officer |
| Date: 4/21/06 | Date: 4/21/06 |

## The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Ernest C. Torres

Honorable Ernest C. Torres
Chief U.S. District Judge

4/21/06
Date