AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JUAN SEPULVEDA

**WARRANT FOR ARREST**

CASE NUMBER: CR95-025-01L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN SEPULVEDA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Supervised Release Conditions

in violation of Title 18 United States Code, Section(s) 3583(e)

Paula Farrell Pletcher — DEPUTY CLERK
Name of Issuing Officer — Title of Issuing Officer

PAULA FARRELL PLETCHER — April 21, 2006
Signature of Issuing Officer — Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at arrested by USMS S/NY | | |
| DATE RECEIVED 4/21/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/25/06 | CJ Lyant SDUSM | [signature] |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher